UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| **CRAIG SANDERS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 2:22-cv-00084-JDL |
| | ) |
| **ASHLEIGH DENSMORE, et al.,** | ) |
| | ) |
| | ) |
| Defendant. | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

Craig Sanders filed a pro se complaint (ECF No. 1) on April 4, 2022 against Defendants Ashleigh Densmore, Debra Geren, William Sutton, and Voya Financial ("Voya Financial") and an application to proceed in forma pauperis (ECF No. 3). The application to proceed in forma pauperis was granted (ECF No. 5) on April 12, 2022. Sanders asserts that he was improperly denied ERISA benefits by the Defendant, Voya Financial. United States Magistrate Judge John C. Nivison filed his Recommended Decision on the complaint with the Court on April 12, 2022 (ECF No. 6), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2022) and Fed. R. Civ. P. 72(b). Sanders filed an objection on April 25, 2022 (ECF No. 8).

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a de novo determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge

for the reasons set forth in his Recommended Decision and determine that no further proceedings are necessary.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 6) of the Magistrate Judge is hereby **ACCEPTED**. Craig Sanders' complaint (ECF No. 1) is **DISMISSED**.

**SO ORDERED.**

**Dated this 24th day of May, 2022.**

                                                                      /s/ Jon D. Levy
                                          **CHIEF U.S. DISTRICT JUDGE**